**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Adam E. Burghardt Jr.                           CHAPTER 13

                   Debtor(s)                           BKY. NO. 19-13787 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York, as successor Indenture trustee for JPMorgan Chase Bank, N. A., as Indenture Trustee for the CWABS Revolving Home Equity Loan Trust, Series 2004-P and index same on the master mailing list.

                                        Respectfully submitted,
                                      **/s/ Rebecca A. Solarz Esquire**
                                      Rebecca A Solarz, Esquire
                                      Kevin G. McDonald, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322