United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-13787-jkf
Adam E. Burghardt, Jr.                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith              Page 1 of 1          Date Rcvd: Jan 03, 2020
                            Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2020.
db          +Adam E. Burghardt, Jr.,   229 Barnsbury Road,   Langhorne, PA 19047-8105
cr          +Origen Capital Investments IX, LLC, successor by a,   c/o Robert J. Murtaugh, Esquire,
              Chartwell Law,   970 Rittenhouse Road, Suite 300,   Eagleville, PA 19403-2265
cr          +SPECIALIZED LOAN SERVICING LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov,   mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor   Indenture trustee for JPMorgan Chase Et Al... bkgroup@kmllawgroup.com
              ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments IX, LLC, successor by
               assignment from Citizens Bank of Pennsylvania rmurtaugh@chartwelllaw.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  PERLICK    on behalf of Debtor Adam E. Burghardt, Jr. Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ADAM BURGHARDT, JR.    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 19-13787JKF

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $5,500.00 |
| Total expense cost: | $ 20.00 |
| Attorney fee already paid by Debtor | $2,000.00 |
| Net amount to be paid by Trustee | $3,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: January 3, 2020**

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: